BROWN, administrator, *et al.* v. BROWN.

GILBERT, J. The exception is to the first grant of a new trial. The evidence did not demand a verdict for the respondent, and the judgment was not erroneous. For collection of authorities, see 3 Stevens Index-Digest Ga. R. 2738. *Judgment affirmed. All the Justices concur.*

No. 6847. DECEMBER 15, 1928.

*E. S. Griffith,* for plaintiff in error.
*J. S. Edwards* and *S. Holderness,* contra.